# United States Court of Appeals for the Fifth Circuit

_____

No. 22-10817
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
February 24, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jordan Thomas Kettle,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:21-CR-114-1

_____

Before Smith, Southwick, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Jordan Thomas Kettle has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Kettle has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10817

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.